UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation,<br><br>    Plaintiff,<br>   v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Case No. 8:20-cv-01000-JLS-ADS and 8:21-cv-406-JLS-ADS<br><br>**JUDGMENT** |

On February 10, 2022, the Court granted Defendant Zurich American Insurance Company's Motion to Dismiss Consolidated Amended Complaint without leave to amend and with prejudice.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is hereby entered in favor of Defendant Zurich, on the one hand, and against Plaintiff In-N-Out Burgers, a California corporation, on the other hand.

2. Plaintiff shall recover nothing on their Complaint against Defendant Zurich. Defendant Zurich shall recover its costs of suit from Plaintiff.

DATED: March 23, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE